Jacqueline M. James, Esq. (#1845)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
            :
STRIKE 3 HOLDINGS, LLC,      :
            :   Case No. 1:23-cv-01135-EAW
            Plaintiff,   :
            :   **PLAINTIFF'S NOTICE OF**
      vs.   :   **VOLUNTARY DISMISSAL**
            :   **WITHOUT PREJUDICE OF**
JOHN DOE subscriber assigned IP address   :   **JOHN DOE DEFENDANT**
98.10.142.131,   :
            :
            Defendant.   :
-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 98.10.142.131 are voluntarily dismissed without prejudice.

Dated:  June 27, 2024             Respectfully submitted,

                         By: /s/ *Jacqueline M. James*
                             Jacqueline M. James, Esq. (1845)
                             The James Law Firm, PLLC
                             *Attorneys for Plaintiff*

                                            SO ORDERED

                                    _____
                                    ELIZABETH A. WOLFORD
                                    CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                         **Dated: July 1, 2024**

1